# EXHIBIT A

224

# THE ATTORNEY GENERAL'S GUIDELINES REGARDING THE USE OF FBI CONFIDENTIAL HUMAN SOURCES

240

3. The Deputy Attorney General, or his or her designee, shall hear appeals, if any, from decisions of the Assistant Attorneys General of the Criminal Division and the National Security Division.

4. Any exception granted or dispute resolved pursuant to this paragraph shall be documented in the FBI's files.

F. **RIGHTS OF THIRD PARTIES**

Nothing in these Guidelines is intended to create or does create an enforceable legal right or private right of action by a Confidential Human Source or any other person.

G. **COMPLIANCE**

1. Within 60 days of the approval of these Guidelines by the Attorney General, the FBI shall submit an implementation plan to the respective Assistant Attorneys General for the Criminal Division and the National Security Division of the Department of Justice for review. The plan must address all the requirements imposed upon the FBI by these Guidelines.

2. Within 60 days of the approval of these Guidelines, the FBI in conjunction with the Criminal Division of the Department of Justice, shall establish a Human Source Review Committee to perform the functions set forth in Section III (A) below.

3. Within 60 days of the approval of these Guidelines, each FPO shall designate one or more supervisory FPO Attorneys to serve as "Confidential Human Source Coordinators," whose duties shall include:

    a. coordinating the responsibilities of the FPO under these Guidelines;