THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR11-228-JLR |
| Plaintiff, ) | |
| ) | (PROPOSED) ORDER GRANTING |
| v. ) | MOTION FOR COMPASSIONATE |
| ) | RELEASE |
| ABU KHALID ABDUL-LATIF, ) | |
| Defendant. ) | |

Defendant Abu Khalid Abdul-Latif, moves for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). The Court has considered the factors listed in 18 U.S.C. § 3553(a) to the extent they are applicable, the respective arguments of counsel and the record, and finds that Mr. Abdul-Latif has presented "extraordinary and compelling" reasons justifying a reduction of his sentence.

IT IS THEREFORE ORDERED that the term of imprisonment imposed is hereby reduced to the time the defendant has already served. The defendant shall be released from the custody of the Bureau of Prisons immediately but no later than 24 hours of the entry of this order.

IT IS FURTHER ORDERED that upon release, the defendant shall begin serving the 10-year term of supervised release previously imposed by the Court. The defendant shall contact the United States Probation Office in Seattle within 24 hours of his release and follow its instructions.

(PROPOSED) ORDER GRANTING MOTION
FOR COMPASSIONATE RELEASE
(*Abu Abdul-Latif;* CR11-228JLR) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

IT IS SO ORDERED.

DONE this _____ day of August, 2020.

                                                  _____
                                                  JAMES L. ROBART
                                                  UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jennifer E. Wellman*
Assistant Federal Public Defender
Attorney for Abu Khalid Abdul-Latif

(PROPOSED) ORDER GRANTING MOTION
FOR COMPASSIONATE RELEASE
(*Abu Abdul-Latif;* CR11-228JLR) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**