AO 248 (Rev. 08/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. C11-0228JLR |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| ABU KHALID ABDUL-LATIF | (COMPASSIONATE RELEASE) |

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☒ DENIED after complete review of the motion on the merits.

☒ FACTORS CONSIDERED (Optional)

Mr. Abdul-Latif's medical conditions and the treatment he is receiving at Federal Correction Institute Big Spring ("FCI Big Spring"); Mr. Abdul-Latif's age; the number of COVID-19 cases at FCI Big Spring; the Bureau of Prisons' efforts to prevent COVID-19 outbreaks at FCI Big Spring; Mr. Abdul-Latif receiving a positive test result for COVID-19 on

//
//
//
//
//

September 10, 2020; Mr. Abdul-Latif's proposed release plan; Mr. Abdul-Latif's criminal and disciplinary history; and the potential danger Mr. Abdul-Latif poses to the community.

IT IS SO ORDERED.

Dated: October 2, 2020

JAMES L. ROBART
United States District Judge