HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ABU KHALID ABDUL-LATIF,<br><br>    Defendant. | Cause No.  CR 11-0228 JLR<br><br>**ORDER APPOINTING COUNSEL** |

This matter come before the Court on motion of the Defendant above-named.  The Defendant, through Counsel, has advised the Court that a key witness in his case has recently come forward with new information that could potentially form the basis of a successor petition under Title 28 United States Code § 2255.  The Defendant is incarcerated and is unable to further investigate the claim.  The Defendant is unable to meet with the witness and obtain his statement under oath.  The Defendant has previously been determined to be indigent and unable to afford the services of counsel.  The Court therefore finds that the interests of justice so require, and Attorney Gilbert Levy is hereby appointed pursuant to Title 18 United States Code § 3006A(a)(2)(B) to represent the Defendant in investigating and in pursuing a potential claim for post-conviction relief under Title 28 United States Code § 2255.

ORDER APPOINTING COUNSEL - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818

DATED THIS 11th day of March, 2022.

_____
HONORABLE JAMES L. ROBART
U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805

ORDER APPOINTING COUNSEL - 2

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818