UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>ABU KHALID ABDUL-LATIF,<br><br>　　　　　　　　Defendant. | CASE NO. CR11-0228JLR<br><br>ORDER |

This matter comes before the court on Defendant's motion for transfer to Federal Detention Center ("FDC") SeaTac. (Mot. (Dkt. # 301); Resp. (Dkt. # 302).)

As is both explicit and implicit in the pleadings, the court is not authorized to order transfer of the Defendant to FDC SeaTac. *See* 18 U.S.C. § 3621. The court will, however, contact the Bureau of Prisons to alert it to the current situation.

Dated this 19th day of April, 2022.

JAMES L. ROBART
United States District Judge

ORDER - 1